IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In RE: Joint Petition of Peachtree Settlement Funding, LLC and Danielle Speakman** | : : | **CIVIL ACTION NO:** |

## ORDER OF COURT

**AND NOW**, to-wit, this _____ day of _____, 2023, upon consideration of the within PETITION FOR CONSENT AND COURT APPROVAL TO PROCEED WITH A PARTIAL TRANSFER OF A STRUCTURED SETTLEMENT PURSUANT TO STRUCTURED SETTLEMENT PROTECTION ACT, 40 P.S. 4000, ET SEQ. it is hereby ORDERED, ADJUDGED and DECREED that express approval is hereby granted to DANIELLE SPEAKMAN to proceed in the Court of Common Pleas of the County in which she resides regarding transfer of structured settlement payment rights.

BY THE COURT:

_____
Honorable Judge

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In RE: Joint Petition of Peachtree Settlement** | : | **CIVIL ACTION** |
| **Funding, LLC and Danielle Speakman** | : | **NO:** |

## PETITION FOR CONSENT AND COURT APPROVAL TO PROCEED WITH A PARTIAL TRANSFER OF A STRUCTURED SETTLEMENT PURSUANT TO STRUCTURED SETTLEMENT PROTECTION ACT, 40 P.S. 4001, ET SEQ.

AND NOW comes your Petitioner, Peachtree Settlement Funding, LLC, by and through its attorneys, Maro & Maro, P.C. and Joint Petitioner, DANIELLE SPEAKMAN, and in accordance with the applicable rules of Civil Procedure, hereby represents as follows:

1. Petitioner is J. G. Wentworth Originations, LLC. ("Buyer" or Transferee"), with an office address located at 1200 Morris Drive, Chesterbrook, PA 19087.

2. Joint Petitioner is Danielle Speakman ("Payee"), an adult individual who resides in the County of Chester, 227 Saginaw Road, Lincoln University, PA 19352.

3. On March 15, 1989, this Honorable Court, under docket number 88-4676, approved a minor's compromise on behalf of Danielle Speakman and an Annuity was purchased by Allstate Settlement Corporation n/k/a Everlake Settlement Corporation and issued by Allstate life Insurance Company n/k/a Everlake Life Insurance Company.

4. Pursuant to the terms of the Annuity, Joint Petitioner, Danielle Speakman, is to receive monthly payments from a structured settlement annuity issued by Allstate Settlement Corporation n/k/a Everlake Settlement Corporation and issued by Allstate life Insurance Company n/k/a Everlake Life Insurance Company (Collectively referred to as "Everlake").

5. Joint Petitioner, Danielle Speakman has entered into a Purchase Agreement dated November 10, 2023 with Joint Petitioner, Peachtree Settlement Funding, LLC., wherein Danielle Speakman is transferring a partial amount of the payments from the aforementioned annuity.

6. Joint Petitioners have filed a Petition for partial transfer of structured settlement in the Court of Common Pleas of Chester County, Pennsylvania. Joint Petitioners require the consent from the United States District Court for the Eastern District of Pennsylvania allowing them to proceed in Chester County Court of Common Pleas.

7. This consent petition is being filed in the United States District Court for the Eastern District of Pennsylvania in compliance with 40 P.S. §4003(a)(5)(i)(B) of the Pennsylvania Structured Settlement Protection Act( 40 P.S. 4001 et seq.), which provides that if the transfer would contravene the terms of the structured settlement that the transfer be expressly approved in writing by the court that previously approved the structured settlement - - which is the United States District Court for the Eastern District of Pennsylvania.

8. Joint Petitioners are seeking the express written approval of the United States District Court for the Eastern District of Pennsylvania pursuant to 40 P.S. § 4003(a)(5)(i)(B), so that Danielle Speakman may proceed with transfers of structured settlement in the County in which she is domiciled and jurisdiction is proper (See 40 P.S. 4004 regarding Jurisdiction being proper in the County where the Payee resides).

9. Joint Petitioners aver that upon the obtaining of approval by the United States District Court for the Eastern District of Pennsylvania in accordance with 40 P.S. §4003(a)(5)(i)(B), Petitioner Danielle Speakman, shall be permitted to proceed with her transfer of structured settlement in the county in which she is domiciled and that Everlake will supply an Order in connection with the Petition for Transfer of Structured Settlement and not oppose same.

10. No prejudice would be borne by this Honorable Court in granting the requested relief.

11. Joint Petitioners are not requesting the United States District Court for the Eastern District of Pennsylvania to conduct a best interest hearing, rather they are simply requesting the United States District Court for the Eastern District of Pennsylvania to give approval and consent to Danielle Speakman to proceed in the County where she is domiciled with transfers of structured settlement, which is the Chester County Court of Common Pleas. It is at the hearing in Chester County, PA where Danielle Speakman is domiciled that a judge has already heard the merits of the actual case and approved the transfer of structured settlement.

WHEREFORE, Petitioners, Peachtree Settlement Funding, LLC. and Danielle Speakman, respectfully requests that this Honorable Court enter the relief requested in the proposed Order of Court which is attached hereto so that Petitioner, Danielle Speakman is permitted to proceed with transfers of structured settlement in the County in which she is domiciled.

Respectfully submitted,

Maro & Maro, P.C.

By: _____
ROBERT A. MARO, ESQUIRE
Counsel for Peachtree Settlement Funding, LLC.
11 S. Trooper Road, Suite A
Norristown, PA 19403
610-275-9600
610-275-9666(fax)
rmaro@maroandmaro.com

## **VERIFICATION**

I, Michael Rodden, Vice President of Peachtree Settlement Funding, LLC, have read the foregoing Petition and aver that the statements contained therein are true and correct to the best of my knowledge, information and belief.

This Verification is made subject to the penalties of 18 Pa.C.S.A. Section 4904 relating to the unsworn falsification to authorities.

*[signature]*

Michael Rodden, Vice President

December 1, 2023

Date

**Maro & Maro, P.C.**
By: Robert A. Maro, Esquire
Attorney I.D. No. 89585
11 S. Trooper Road, Suite A
Norristown, PA 19403
(610) 275-9600

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In RE: Joint Petition of Peachtree Settlement** | : | **CIVIL ACTION** |
| **Funding, LLC and Danielle Speakman** | : | **NO:** |

## CERTIFICATE OF SERVICE

I, Robert A. Maro, Esquire, certify that I caused to be served a true and correct copy of the foregoing PETITION FOR CONSENT AND COURT APPROVAL TO PROCEED WITH A PARTIAL TRANSFER OF A STRUCTURED SETTLEMENT PURSUANT TO STRUCTURED SETTLEMENT PROTECTION ACT, via First Class, postage pre-paid United States mail, upon the following:

Allstate Life Insurance Company
n/k/a Everlake Life Insurance Company
Attn: Structured Settlements
8711 Freeport Parkway
Mail Station #21
Irving, TX 75063

Allstate Settlement Corporation
n/k/a Everlake Settlement Corporation
Attn: Structured Settlements
8711 North Freeport Parkway
Mail Station #21
Irving, TX 75063

Peachtree Settlement Funding, LLC
1200 Morris Drive
Chesterbrook, PA 19087

Danielle Speakman, Payee
227 Saginaw Road
Lincoln University, PA 19352

DATE: 12-1-23

MARO & MARO, P.C.
BY: _____
ROBERT A. MARO, ESQUIRE

**Maro & Maro, P.C.**
By: Robert A. Maro, Esquire
Attorney I.D. No. 89585
11 S. Trooper Road, Suite A
Norristown, PA 19403
(610) 275-9600

---

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In RE: Joint Petition of Peachtree Settlement Funding, LLC and Danielle Speakman** : | **CIVIL ACTION NO:** |

### Entry of Appearance

TO THE PROTHONOTARY/CLERK OF SAID COURT

Enter my appearance on behalf of: **Peachtree Settlement Funding, LLC.**

Papers may be served at the address set forth below.

Respectfully Submitted:

By: _____
Robert A. Maro, Esquire
Attorney I.D. No 89585
Maro & Maro, P.C.
11 S. Trooper Road, Suite A
Norristown, PA 19403
(610) 275-9600(office)
(610) 275-9666(Fax)